## LAGONDA MFG. CO. v. ELLIOTT CO.

(Circuit Court of Appeals, Third Circuit.  February 25, 1914.)

No. 1779.

Appeal from the District Court of the United States for the Western District of Pennsylvania; Charles P. Orr, Judge.

Bill by the Lagonda Manufacturing Company against the Elliott Company. From a decree (205 Fed. 149) dismissing the bill, complainant appeals. Affirmed.

Staley & Bowman, of Springfield, Ohio, for appellant.
Bakewell & Byrnes, of Pittsburgh, Pa., for appellee.

Before GRAY, BUFFINGTON, and McPHERSON, Circuit Judges.

PER CURIAM.  In this case the court below, in an opinion reported at 205 Fed. 149, dismissed a bill brought by the Lagonda Company charging the Elliott Company with infringing patent No. 776,877, granted December 6, 1904, to Henry F. Weinland, for a turbine motor for boiler-tube cleaners.  On entry of a decree dismissing the bill the Lagonda Company took this appeal. As we agree with the views of the court expressed in said opinion, and the subject-matter is there fully and sufficiently discussed, we avoid needless repetition by adopting the lower court's opinion and affirming its decree.